| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Hittner, David | 2. Court or Organization<br>District Court-Southern Texas | 3. Date of Report<br>5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; *magistrate* judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination,　　Date<br><br>○ Initial　　● Annual　　○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>United States Courthouse<br>515 Rusk Avenue, Room 8509<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Sam Houston Area Council/Boy Scouts of America |
| 2. Director | South Texas Law Review |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 10 35 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 3/27/03 | The West Group-Royalites on 5th Circuit Guide | 1110. |
| 2. | 4/4/03 | Univ. of Houston Law Found - Teaching fee for CLE program Houston, 3/29/03 | 500. |
| 3. | 4/24/03 | The West Group-Teaching fee for Survival Skills in Federal Court 2003 | 750. |
| 4. | 9/25/03 | The West Group - Royalties on 5th Circuit Guide | 1690. |
| 5. | 10/30/03 | Univ. of Houston Law Foundation - Teaching Fee for CLE Program Houston and Dallas 10/04 and 10/11 | 5,000. |
| 6. | 11/26/03 | Univ. of Houston Law Foundation - Royalty on October programs - Saturday Morning in Court Servicemark | 304. |
| 7. | 12/05/03 | South Texas College of Law - Teaching fee for Fall Semester Lecture Class | 2000. |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | PricewaterhouseCoopers, LLP | 2/26/03 to 3/2/03 - Scottsdale, AZ - Moderate panel at IP CLE program |
| 2. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hittner, David | 5/11/2004 |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Cash/checking - J P Morgan/Chase Bank, Houston, TX | | None | K | T | | | | | |
| 3. IRA CD - J P Morgan/Chase Bank, Houston, TX | B | Interest | K | T | | | | | |
| 4. Cash/savings - J P Morgan/Chase Bank, Houston, TX | B | Interest | L | T | | | | | |
| 5. Cash/savings - Bank of America, Houston, TX | A | Interest | K | T | | | | | |
| 6. LIFE INS./ANNUITIES: | | | | | | | | | |
| 7. Mutual Trst Life Ins Co/Oakbrook, IL | C | Interest | L | T | | | | | |
| 8. INVESTMENTS: | | | | | | | | | |
| 9. Adell Harriman & Carpenter Money Mkt Account | A | Interest | J | T | | | | | |
| 10. FIDELITY INVESTMENTS INSTL BROKERAGE GROUP: | | | | | | | | | |
| 11. ADP | A | Dividend | K | T | | | | | |
| 12. GE | A | Dividend | K | T | | | | | |
| 13. VZ | A | Dividend | J | T | Buy | 8/25 | J | | |
| 14. SC | A | Dividend | J | T | | | | | |
| 15. WMT | A | Dividend | J | T | | | | | |
| 16. MSFT | A | Dividend | K | T | Stkdist. | 2/18 | J | | |
| 17. Finan Corp CPN Bond | | None | | | Redeemed | 5/30 | K | E | |
| 18. HD | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. INTC | A | Dividend | K | T | Sell pt. | 8/27 | J | D | |
| 20. INTC | A | Dividend | K | T | Sell pt. | 11/04 | J | D | |
| 21. FNM | A | Dividend | | | Sell all | 8/22 | J | | |
| 22. MRK | A | Dividend | J | T | Stk. Dist. | 8/20 | | | |
| 23. JNJ | A | Dividend | K | T | | | | | |
| 24. SYY | A | Dividend | J | T | Buy | 8/25 | J | | |
| 25. ORCL | | None | K | T | | | | | |
| 26. JPM | A | Dividend | J | T | | | | | |
| 27. CSCO | | None | L | T | | | | | |
| 28. C | A | Dividend | K⁻ | T | | | | | |
| 29. AOL (TWX) | | None | | | Sell all | 11/13 | J | | |
| 30. AMGN | | None | J | T | | | | | |
| 31. XOM | A | Dividend | J | T | | | | | |
| 32. MDT | A | Dividend | J | T | | | | | |
| 33. NOK | A | Dividend | J | T | Sell pt. | 11/13 | J | | |
| 34. NOK | A | Dividend | J | T | Sell pt. | 12/24 | J | | |
| 35. SUNW | | None | | | Sell all | 11/13 | J | | |
| 36. APC | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,900 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. CAH | A | Dividend | K | T | | | | | |
| 38. PFE | A | Dividend | K | T | | | | | |
| 39. RTN | A | Dividend | J | T | | | | | |
| 40. TGT | A | Dividend | J | T | | | | | |
| 41. WCOM | | None | | | Sell all | 08/20 | J | | |
| 42. AIG | A | Dividend | J | T | | | | | |
| 43. BBY | A | Dividend | K | T | | | | | |
| 44. LOW | A | Dividend | J | T | | | | | |
| 45. DLTR | | None | J | T | Buy | 12/24 | J | | |
| 46. MHS | | None | J - | T | | | | | |
| 47. BAC | A | Dividend | K | T | Buy | 1/07 | J | | |
| 48. BAC | A | Dividend | K | T | Buy | 8/25 | J | | |
| 49. WM | | None | J | T | Buy | 11/13 | J | | |
| 50. UPS | | None | J | T | Buy | 11/13 | J | | |
| 51. COP | | None | J | T | Buy | 11/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section III. Item 7 - Represents aggregate of payments for the year for this source.

Section IV: Reimbursement of travel expenses, including transportation, lodging and meals relative to participation in program.

Section VII:

1. Explanation of abbreviations used: pt. = partial; Stk. Dist. = stock distribution

2. Item 3 - (IRA at J P Morgan Chase Bank) is a cash equivalent account.

3. Item 10 - All investments held by Adell Harriman & Carpenter in Fidelity Investments portfolio are items of common stock unless otherwise noted. All common stock items are listed by their stock exchange symbols.

4. Item 22 - The stock distribution on 8/20/03 was a distribution of 24 shares of a wholly-owned subsidiary MedcoHealth Solutions - added to list as Item 32.

5. Value codes are left blank if no basis in the transaction.

6. Gain codes are left blank for transactions which were losses.

7. On Item 29: AOL stock name was changed to Time-Warner (TWX) and sold the following month. For the sake of simplicity, it was reported on one line.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hittner, David | 5/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _May 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544